UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAN RICHARD ANDERSON,

    Plaintiff,

v.                                         Case No. 07-C-1077

SHERIFF DAVID BETH, et al.,

    Defendants.

**ORDER**

On January 23, 2008, this court issued an order dismissing the plaintiff's *pro se* complaint without prejudice. The order allowed the plaintiff to file an amended complaint within thirty days. Rather than doing so, the plaintiff sought an extension of time in which to file an amended complaint. That request will be granted. The plaintiff may filed an amended complaint, in accordance with this court's January 23 order, by June 2. If he fails to do so, the action will be dismissed for failure to prosecute.

**SO ORDERED** this   8th   day of May, 2008.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge