# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DAN RICHARD ANDERSON,

        Plaintiff,

   v.                                     Case No. 07-C-1077

SHERIFF DAVID BETH, et al.,

        Defendants.

## ORDER

On January 23, this court screened the plaintiff's *pro se* complaint and ordered it dismissed without prejudice, with the proviso that the plaintiff could re-file an amended complaint within thirty days. Subsequently the plaintiff requested an extension of time, and that request was granted. It appears the order granting the request was returned to the clerk as undeliverable. In any event, the time for filing has passed, and it is evident the plaintiff does not wish to continue pursuing this lawsuit. Accordingly, it is **ORDERED** that the case be **DISMISSED** for failure to comply with this court's order and failure to prosecute.

Dated this   25th   day of June, 2008.

                                         s/ William C. Griesbach
                                         William C. Griesbach
                                       United States District Judge